```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/13/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

VINCENT SHEPHERD,                :      09 Civ. 01044 (RJH)

            Plaintiff,    :

   -against-                                :      **ORDER**

1240 FIRST AVENUE, et al,        :

            Defendants.   :

------------------------------------------------------------x

       The telephonic pretrial conference scheduled on April 21, 2009, at 3:00 p.m.. Has been rescheduled to April 22, 2005 at 3:00 p. m. . The plaintiff shall initiate the call to the Chambers of the Honorable Richard J. Holwell. The Chambers telephone number is (212) 805- 0256.

SO ORDERED:
       Dated: New York, New York
       April 13, 2009

_____
Richard J. Holwell
United States District Judge